# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| SARAH M. TANDY,<br><br>   Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | CV 14-165-BLG-CSO<br><br>**ORDER** |

On September 30, 2015, the Court reversed the Commissioner's decision denying disability insurance benefits and supplemental security income benefits and remanded the matter for payment of benefits. *Order (ECF No. 28) at 32.* The same day, the Clerk of Court entered a separate Judgment. *Judgment (ECF No. 29).*

Now before the Court is Plaintiff Sarah M. Tandy's ("Tandy") motion for attorney's fees. *ECF No. 30.* She seeks, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an award of $7,151.32 in attorney's fees. She seeks no costs or expenses. The Commissioner does not oppose Tandy's motion. *Deft's Resp. (ECF No. 32).*

There being no objection from the Commissioner, the Court will grant the motion. Accordingly, IT IS ORDERED that Tandy's motion for attorney's fees (*ECF No. 30*) is GRANTED. The Commissioner must promptly pay Tandy's attorney fees in the amount of $7,151.32.

DATED this 12th day of January, 2016.

**/s/ Carolyn S. Ostby**
United States Magistrate Judge